# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-2444

_____

Steven Ray Wood

*Plaintiff - Appellant*

v.

James Gibson, Warden, Varner Correctional Facility

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central

_____

Submitted: March 4, 2025
Filed: March 7, 2025
[Unpublished]

_____

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Steven Wood appeals following the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Glick v. W. Power Sports, Inc., 944 F.3d 714, 717 (8th Cir. 2019) (reviewing de novo grant of motion to dismiss for failure to state claim Fed. R. Civ. P. 12(b)(6)).

———————————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.